CRIMINAL COMPLAINT

| # United States District Court | **DISTRICT of ARIZONA** |
|---|---|
| **United States of America**<br>**v.**<br>**Jack Witt Voris**<br>DOB: 1971; United States Citizen | **DOCKET NO.**<br><br>**MAGISTRATE'S CASE NO.**<br>16-03251 MJ |

Complaint for violation of Title 18, United States Code §§ 113(a)(1), 113(b), 922(g)(1), 924(a)(2), and 924(c)(1)(A)(iii)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

### COUNT ONE

On or about October 28, 2016, at or near Tucson, in the District of Arizona, **Jack Witt Voris** did intentionally and forcibly assault Deputy United States Marshal David Smith, an officer of the United States, while he was engaged in and on account of the performance of his official duties, that is, **Jack Witt Voris** intentionally fired at Deputy Smith with a .45 caliber Springfield handgun, a deadly and dangerous weapon, in violation of Title 18, United States Code, Sections 111(a)(1) & (b).

### COUNT TWO

On or about October 28, 2016, at or near Tucson, in the District of Arizona, **Jack Witt Voris** did intentionally and forcibly assault Deputy United States Marshal Tresa Rodriguez, an officer of the United States, while he was engaged in and on account of the performance of his official duties, that is, **Jack Witt Voris** intentionally fired at Deputy Rodriguez with a .45 caliber Springfield handgun, a deadly and dangerous weapon, in violation of Title 18, United States Code, Sections 111(a)(1) & (b).

(continued on back side of complaint and additional page)

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about October 28, 2016, at approximately 2:30 p.m., a United States Marshals Service task force attempted to serve a warrant on Jack Witt Voris, the defendant, at Quality Inn at or near Tucson, Arizona. Deputy United States Marshals David Smith, Tresa Rodriguez, and Danny Hernandez, and Bureau of Alcohol, Tobacco, and Firearms Agent James Small were located at the front door of the defendant's room. Tucson Police Officer Carlos Aguilar and Pima County Probation Officers Jared Cote and Ruben Rosales were located at the front door, while Arizona Department of Corrections officers Richard Zormier and Steven Garcia were at the rear of the motel. Officers Aguilar, Rosales, Cote, Zormeier, and Garcia had all been earlier deputized as Special Deputy U.S. Marshals. All the law enforcement officers were wearing clothing that identified them as law enforcement. The officers knocked on the front door, and when the defendant opened it, the officers demanded that he surrender. The defendant slammed the door shut and refused to surrender himself, but he later allowed his girlfriend to leave the room. Using a .45 caliber Springfield pistol, serial number US756126, the defendant shot at Special Deputies Zormeier and Garcia, who were at the back of the Inn, and, using the same firearm, the defendant also shot through the front door of the room, near where all the other officers were. The defendant surrendered at approximately 9:00 p.m. The defendant later confessed to firing his weapon at the officers.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>    Being duly sworn, I declare that the foregoing is<br>    true and correct to the best of my knowledge.<br><br>AUTHORIZED AUSA Matthew C. Cassell | **SIGNATURE OF COMPLAINANT** (official title)<br><br>**OFFICIAL TITLE**<br>Special Agent, FBI |
|---|---|
| Sworn to before me and subscribed in my presence. | |
| **SIGNATURE OF MAGISTRATE JUDGE**[1] | **DATE**<br>November 3, 2016 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54

16 - 03251 MJ

### COUNT THREE

On or about October 28, 2016, at or near Tucson, in the District of Arizona, **Jack Witt Voris** did intentionally and forcibly assault Deputy United States Marshal Danny Hernandez, an officer of the United States, while he was engaged in and on account of the performance of his official duties, that is, **Jack Witt Voris** intentionally fired at Deputy Hernandez with a .45 caliber Springfield handgun, a deadly and dangerous weapon, in violation of Title 18, United States Code, Sections 111(a)(1) & (b).

### COUNT FOUR

On or about October 28, 2016, at or near Tucson, in the District of Arizona, **Jack Witt Voris** did intentionally and forcibly assault Agent James Small, an officer of the United States with the Bureau of Alcohol, Tobacco, Firearms, and Explosives, while he was engaged in and on account of the performance of his official duties, that is, **Jack Witt Voris** intentionally fired at Agent Small with a .45 caliber Springfield handgun, a deadly and dangerous weapon, in violation of Title 18, United States Code, Sections 111(a)(1) & (b).

### COUNT FIVE

On or about October 28, 2016, at or near Tucson, in the District of Arizona, **Jack Witt Voris** did intentionally and forcibly assault Special Deputy United States Marshal Richard Zormeier, a deputized officer of the United States, while he was engaged in and on account of the performance of his official duties, that is, **Jack Witt Voris** intentionally fired at Deputy Zormeier with a .45 caliber Springfield handgun, a deadly and dangerous weapon, in violation of Title 18, United States Code, Sections 111(a)(1) & (b).

### COUNT SIX

On or about October 28, 2016, at or near Tucson, in the District of Arizona, **Jack Witt Voris** did intentionally and forcibly assault Special Deputy United States Marshal Steven Garcia, a deputized officer of the United States, while he was engaged in and on account of the performance of his official duties, that is, **Jack Witt Voris** intentionally fired at Deputy Garcia with a .45 caliber Springfield handgun, a deadly and dangerous weapon, in violation of Title 18, United States Code, Sections 111(a)(1) & (b).

### COUNT SEVEN

On or about October 28, 2016, at or near Tucson, in the District of Arizona, **Jack Witt Voris** did intentionally and forcibly assault Special Deputy United States Marshal Carlos Aguilar, a deputized officer of the United States, while he was engaged in and on account of the performance of his official duties, that is, **Jack Witt Voris** intentionally fired at Deputy Aguilar with a .45 caliber Springfield handgun, a deadly and dangerous weapon, in violation of Title 18, United States Code, Sections 111(a)(1) & (b).

### COUNT EIGHT

On or about October 28, 2016, at or near Tucson, in the District of Arizona, **Jack Witt Voris** did intentionally and forcibly assault Special Deputy United States Marshal Ruben Rosales, a deputized officer of the United States, while he was engaged in and on account of the performance of his official duties, that is, **Jack Witt Voris** intentionally fired at Deputy Rosales with a .45 caliber Springfield handgun, a deadly and dangerous weapon, in violation of Title 18, United States Code, Sections 111(a)(1) & (b).

### COUNT NINE

On or about October 28, 2016, at or near Tucson, in the District of Arizona, **Jack Witt Voris** did intentionally and forcibly assault Special Deputy United States Marshal Jared Cote, a deputized officer of the United States, while he was engaged in and on account of the performance of his official duties, that is, **Jack Witt Voris** intentionally fired at Deputy Cote with a .45 caliber Springfield handgun, a deadly and dangerous weapon, in violation of Title 18, United States Code, Sections 111(a)(1) & (b).

### COUNT TEN

On or about October 28, 2016, at or near Tucson, in the District of Arizona, **Jack Witt Voris**, during and in relation to a crime of violence, to wit: Aggravated Assault on Deputy United States Marshal David Smith, an officer of the United States, in violation of Title 18 United States Code Sections 111(a)(1) and (b), as charged in Count One of this Complaint, did knowingly use and carry a .45 caliber Springfield handgun, serial number US756126, and did possess that firearm and further discharged that firearm in furtherance of such crime, in violation of Title 18 United States Code Section 924(c)(1)(A)(iii).

### COUNT ELEVEN

On or about October 28, 2016, at or near Tucson, in the District of Arizona, **Jack Witt Voris**, during and in relation to a crime of violence, to wit: Aggravated Assault on Deputy United States Marshal Tresa Rodriguez, an officer of the United States, an officer of the United States, in violation of Title 18 United States Code Sections 111(a)(1) and (b), as charged in Count Two of this Complaint, did knowingly use and carry a .45 caliber Springfield handgun, serial number US756126, and did possess that firearm and further discharged that firearm in furtherance of such crime, in violation of Title 18 United States Code Section 924(c)(1)(A)(iii).

16-03251MJ

## COUNT TWELVE

On or about October 28, 2016, at or near Tucson, in the District of Arizona, **Jack Witt Voris**, during and in relation to a crime of violence, **to wit:** Aggravated Assault on Deputy United States Marshal Danny Hernandez, an officer of the United States, in violation of Title 18 United States Code Sections 111(a)(1) and (b), as charged in Count Three of this Complaint, did knowingly use and carry a .45 caliber Springfield handgun, serial number US756126, and did possess that firearm and further discharged that firearm in furtherance of such crime, in violation of Title 18 United States Code Section 924(c)(1)(A)(iii).

## COUNT THIRTEEN

On or about October 28, 2016, at or near Tucson, in the District of Arizona, **Jack Witt Voris**, during and in relation to a crime of violence, to wit: Aggravated Assault on Agent James Small, an officer of the United States with the Bureau of Alcohol, Tobacco, and Firearms, in violation of Title 18 United States Code Sections 111(a)(1) and (b), as charged in Count Four of this Complaint, did knowingly use and carry a .45 caliber Springfield handgun, serial number US756126, and did possess that firearm and further discharged that firearm in furtherance of such crime, in violation of Title 18 United States Code Section 924(c)(1)(A)(iii).

## COUNT FOURTEEN

On or about October 28, 2016, at or near Tucson, in the District of Arizona, **Jack Witt Voris**, during and in relation to a crime of violence, to wit: Aggravated Assault on Special Deputy United States Marshal Richard Zormeier, a deputized officer of the United States, in violation of Title 18 United States Code Sections 111(a)(1) and (b), as charged in Count Five of this Complaint, did knowingly use and carry a .45 caliber Springfield handgun, serial number US756126, and did possess that firearm and further discharged that firearm in furtherance of such crime, in violation of Title 18 United States Code Section 924(c)(1)(A)(iii).

## COUNT FIFTEEN

On or about October 28, 2016, at or near Tucson, in the District of Arizona, **Jack Witt Voris**, during and in relation to a crime of violence, to wit: Aggravated Assault on Special Deputy United States Marshal Steven Garcia, a deputized officer of the United States, in violation of Title 18 United States Code Sections 111(a)(1) and (b), as charged in Count Six of this Complaint, did knowingly use and carry a .45 caliber Springfield handgun, serial number US756126, and did possess that firearm and further discharged that firearm in furtherance of such crime, in violation of Title 18 United States Code Section 924(c)(1)(A)(iii).

## COUNT SIXTEEN

On or about October 28, 2016, at or near Tucson, in the District of Arizona, **Jack Witt Voris**, during and in relation to a crime of violence, to wit: Aggravated Assault on Special Deputy United States Marshal Carlos Aguilar, a deputized officer of the United States, in violation of Title 18 United States Code Sections 111(a)(1) and (b), as charged in Count Seven of this Complaint, did knowingly use and carry a .45 caliber Springfield handgun, serial number US756126, and did possess that firearm and further discharged that firearm in furtherance of such crime, in violation of Title 18 United States Code Section 924(c)(1)(A)(iii).

## COUNT SEVENTEEN

On or about October 28, 2016, at or near Tucson, in the District of Arizona, **Jack Witt Voris**, during and in relation to a crime of violence, to wit: Aggravated Assault on Special Deputy United States Marshal Ruben Rosales, a deputized officer of the United States, in violation of Title 18 United States Code Sections 111(a)(1) and (b), as charged in Count Eight of this Complaint, did knowingly use and carry a .45 caliber Springfield handgun, serial number US756126, and did possess that firearm and further discharged that firearm in furtherance of such crime, in violation of Title 18 United States Code Section 924(c)(1)(A)(iii).

## COUNT EIGHTEEN

On or about October 28, 2016, at or near Tucson, in the District of Arizona, **Jack Witt Voris**, during and in relation to a crime of violence, to wit: Aggravated Assault on Special Deputy United States Marshal Jared Cote, a deputized officer of the United States, in violation of Title 18 United States Code Sections 111(a)(1) and (b), as charged in Count Two of this Complaint, did knowingly use and carry a .45 caliber Springfield handgun, serial number US756126, and did possess that firearm and further discharged that firearm in furtherance of such crime, in violation of Title 18 United States Code Section 924(c)(1)(A)(iii).