JOHN S. LEONARDO
United States Attorney
District of Arizona
MATTHEW C. CASSELL
Assistant U.S. Attorney
United States Courthouse
405 W. Congress, Suite 4800
Tucson, Arizona 85701-5040
Telephone: (520) 620-7300
Email: Matthew.Cassell@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Jack Witt Voris,<br><br>　　　　　Defendant. | CR16-2267 TUC<br>**INDICTMENT**<br><br>Violations:<br>18 U.S.C. 111(a)(1) & (b)<br>(Assault on a Federal Officer)<br>Counts 1-9<br><br>18 U.S.C. 922(g)(1) & 924(a)<br>(Possession of a Firearm by a Prohibited Person)<br>Count 10<br><br>18 U.S.C. 924(c)(1)(A)(iii)<br>(Using a Firearm in Furtherance of a Crime of Violence)<br>Counts 11-19 |

**THE GRAND JURY CHARGES:**

<u>**COUNT ONE**</u>

On or about October 28, 2016, at or near Tucson, in the District of Arizona, JACK WITT VORIS did intentionally and forcibly assault Deputy United States Marshal David Smith, an officer of the United States, while he was engaged in and on account of the performance of his official duties, that is, JACK WITT VORIS intentionally fired at Deputy Smith with a .45 caliber Springfield handgun, a deadly and dangerous weapon, in violation of Title 18, United States Code, Sections 111(a)(1) & (b).

<u>**COUNT TWO**</u>

On or about October 28, 2016, at or near Tucson, in the District of Arizona, JACK WITT VORIS did intentionally and forcibly assault Deputy United States Marshal Tresa

Rodriguez, an officer of the United States, while he was engaged in and on account of the performance of his official duties, that is, JACK WITT VORIS intentionally fired at Deputy Rodriguez with a .45 caliber Springfield handgun, a deadly and dangerous weapon, in violation of Title 18, United States Code, Sections 111(a)(1) & (b).

## COUNT THREE

On or about October 28, 2016, at or near Tucson, in the District of Arizona, JACK WITT VORIS did intentionally and forcibly assault Deputy United States Marshal Danny Hernandez, an officer of the United States, while he was engaged in and on account of the performance of his official duties, that is, JACK WITT VORIS intentionally fired at Deputy Hernandez with a .45 caliber Springfield handgun, a deadly and dangerous weapon, in violation of Title 18, United States Code, Sections 111(a)(1) & (b).

## COUNT FOUR

On or about October 28, 2016, at or near Tucson, in the District of Arizona, JACK WITT VORIS did intentionally and forcibly assault Agent James Small, an officer of the United States with the Bureau of Alcohol, Tobacco, Firearms, and Explosives, while he was engaged in and on account of the performance of his official duties, that is, JACK WITT VORIS intentionally fired at Agent Small with a .45 caliber Springfield handgun, a deadly and dangerous weapon, in violation of Title 18, United States Code, Sections 111(a)(1) & (b).

## COUNT FIVE

On or about October 28, 2016, at or near Tucson, in the District of Arizona, JACK WITT VORIS did intentionally and forcibly assault Special Deputy United States Marshal Richard Zormeier, a deputized officer of the United States, while he was engaged in and on account of the performance of his official duties, that is, JACK WITT VORIS intentionally fired at Deputy Zormeier with a .45 caliber Springfield handgun, a deadly and dangerous weapon, in violation of Title 18, United States Code, Sections 111(a)(1) & (b).

## COUNT SIX

On or about October 28, 2016, at or near Tucson, in the District of Arizona, JACK WITT VORIS did intentionally and forcibly assault Special Deputy United States Marshal Steven Garcia, a deputized officer of the United States, while he was engaged in and on account of the performance of his official duties, that is, JACK WITT VORIS intentionally fired at Deputy Garcia with a .45 caliber Springfield handgun, a deadly and dangerous weapon, in violation of Title 18, United States Code, Sections 111(a)(1) & (b).

## COUNT SEVEN

On or about October 28, 2016, at or near Tucson, in the District of Arizona, JACK WITT VORIS did intentionally and forcibly assault Special Deputy United States Marshal Carlos Aguilar, a deputized officer of the United States, while he was engaged in and on account of the performance of his official duties, that is, JACK WITT VORIS intentionally fired at Deputy Aguilar with a .45 caliber Springfield handgun, a deadly and dangerous weapon, in violation of Title 18, United States Code, Sections 111(a)(1) & (b).

## COUNT EIGHT

On or about October 28, 2016, at or near Tucson, in the District of Arizona, JACK WITT VORIS did intentionally and forcibly assault Special Deputy United States Marshal Ruben Rosales, a deputized officer of the United States, while he was engaged in and on account of the performance of his official duties, that is, JACK WITT VORIS intentionally fired at Deputy Rosales with a .45 caliber Springfield handgun, a deadly and dangerous weapon, in violation of Title 18, United States Code, Sections 111(a)(1) & (b).

## COUNT NINE

On or about October 28, 2016, at or near Tucson, in the District of Arizona, JACK WITT VORIS did intentionally and forcibly assault Special Deputy United States Marshal Jared Cote, a deputized officer of the United States, while he was engaged in and on account of the performance of his official duties, that is, JACK WITT VORIS intentionally fired at Deputy Cote with a .45 caliber Springfield handgun, a deadly and dangerous weapon, in violation of Title 18, United States Code, Sections 111(a)(1) & (b).

## COUNT TEN

On or about October 28, 2016, at or near Tucson, in the District of Arizona, JACK WITT VORIS, having previously been convicted of crimes punishable for a term exceeding one year: Aggravated Assault on November 19, 2012, in Mohave County, Arizona case no. CR-2016000145; Theft on February 26, 2008, in Maricopa County, Arizona case no. CR-2007-163572-001; Aggravated Identity Theft on April 27, 2007, in Yavapai County, Arizona case no. R820070325; Theft and Fraud on June 21, 1999, in Yavapai County, Arizona case no. CR9990089; and Aggravated Assault on October 14, 1997, in Yavapai County, Arizona case no. CR9960277; did knowingly possess a .45 caliber Springfield handgun, serial number US756126, and 11 rounds of .45 caliber ammunition, said firearm and ammunition having affected commerce in that they previously were transported into the state of Arizona from another state or foreign country; all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT ELEVEN

On or about October 28, 2016, at or near Tucson, in the District of Arizona, JACK WITT VORIS, during and in relation to a crime of violence, to wit: Aggravated Assault on Deputy United States Marshal David Smith, an officer of the United States, in violation of Title 18 United States Code Sections 111(a)(1) and (b), as charged in Count One of this Complaint, did knowingly use and carry a .45 caliber Springfield handgun, serial number US756126, and did possess that firearm and further discharged that firearm in furtherance of such crime, in violation of Title 18 United States Code Section 924(c)(1)(A)(iii).

## COUNT TWELVE

On or about October 28, 2016, at or near Tucson, in the District of Arizona, JACK WITT VORIS, during and in relation to a crime of violence, to wit: Aggravated Assault on Deputy United States Marshal Tresa Rodriguez, an officer of the United States, an officer of the United States, in violation of Title 18 United States Code Sections 111(a)(1) and (b), as charged in Count Two of this Complaint, did knowingly use and carry a .45 caliber Springfield handgun, serial number US756126, and did possess that firearm and further

discharged that firearm in furtherance of such crime, in violation of Title 18 United States Code Section 924(c)(1)(A)(iii).

## COUNT THIRTEEN

On or about October 28, 2016, at or near Tucson, in the District of Arizona, JACK WITT VORIS, during and in relation to a crime of violence, to wit: Aggravated Assault on Deputy United States Marshal Danny Hernandez, an officer of the United States, in violation of Title 18 United States Code Sections 111(a)(1) and (b), as charged in Count Three of this Complaint, did knowingly use and carry a .45 caliber Springfield handgun, serial number US756126, and did possess that firearm and further discharged that firearm in furtherance of such crime, in violation of Title 18 United States Code Section 924(c)(1)(A)(iii).

## COUNT FOURTEEN

On or about October 28, 2016, at or near Tucson, in the District of Arizona, JACK WITT VORIS, during and in relation to a crime of violence, to wit: Aggravated Assault on Agent James Small, an officer of the United States with the Bureau of Alcohol, Tobacco, and Firearms, in violation of Title 18 United States Code Sections 111(a)(1) and (b), as charged in Count Four of this Complaint, did knowingly use and carry a .45 caliber Springfield handgun, serial number US756126, and did possess that firearm and further discharged that firearm in furtherance of such crime, in violation of Title 18 United States Code Section 924(c)(1)(A)(iii).

## COUNT FIFTEEN

On or about October 28, 2016, at or near Tucson, in the District of Arizona, JACK WITT VORIS, during and in relation to a crime of violence, to wit: Aggravated Assault on Special Deputy United States Marshal Richard Zormeier, a deputized officer of the United States, in violation of Title 18 United States Code Sections 111(a)(1) and (b), as charged in Count Five of this Complaint, did knowingly use and carry a .45 caliber Springfield handgun, serial number US756126, and did possess that firearm and further discharged that firearm in furtherance of such crime, in violation of Title 18 United States Code Section 924(c)(1)(A)(iii).

## COUNT SIXTEEN

On or about October 28, 2016, at or near Tucson, in the District of Arizona, JACK WITT VORIS, during and in relation to a crime of violence, to wit: Aggravated Assault on Special Deputy United States Marshal Steven Garcia, a deputized officer of the United States, in violation of Title 18 United States Code Sections 111(a)(1) and (b), as charged in Count Six of this Complaint, did knowingly use and carry a .45 caliber Springfield handgun, serial number US756126, and did possess that firearm and further discharged that firearm in furtherance of such crime, in violation of Title 18 United States Code Section 924(c)(1)(A)(iii).

## COUNT SEVENTEEN

On or about October 28, 2016, at or near Tucson, in the District of Arizona, JACK WITT VORIS, during and in relation to a crime of violence, to wit: Aggravated Assault on Special Deputy United States Marshal Carlos Aguilar, a deputized officer of the United States, in violation of Title 18 United States Code Sections 111(a)(1) and (b), as charged in Count Seven of this Complaint, did knowingly use and carry a .45 caliber Springfield handgun, serial number US756126, and did possess that firearm and further discharged that firearm in furtherance of such crime, in violation of Title 18 United States Code Section 924(c)(1)(A)(iii).

## COUNT EIGHTEEN

On or about October 28, 2016, at or near Tucson, in the District of Arizona, JACK WITT VORIS, during and in relation to a crime of violence, to wit: Aggravated Assault on Special Deputy United States Marshal Ruben Rosales, a deputized officer of the United States, in violation of Title 18 United States Code Sections 111(a)(1) and (b), as charged in Count Eight of this Complaint, did knowingly use and carry a .45 caliber Springfield handgun, serial number US756126, and did possess that firearm and further discharged that firearm in furtherance of such crime, in violation of Title 18 United States Code Section 924(c)(1)(A)(iii).

## COUNT NINETEEN

On or about October 28, 2016, at or near Tucson, in the District of Arizona, JACK WITT VORIS, during and in relation to a crime of violence, to wit: Aggravated Assault on Special Deputy United States Marshal Jared Cote, a deputized officer of the United States, in violation of Title 18 United States Code Sections 111(a)(1) and (b), as charged in Count Two of this Complaint, did knowingly use and carry a .45 caliber Springfield handgun, serial number US756126, and did possess that firearm and further discharged that firearm in furtherance of such crime, in violation of Title 18 United States Code Section 924(c)(1)(A)(iii).

A TRUE BILL

/s/
_____
Presiding Juror

JOHN S. LEONARDO
United States Attorney
District of Arizona

/s/

Assistant U.S. Attorney
December 7, 2016

REDACTED FOR
PUBLIC DISCLOSURE

*United States of America v. Jack Witt Voris*
*Indictment Page 7 of 7*