ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona
MATTHEW CASSELL
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: Matthew.Cassell@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Jack Witt Voris,<br><br>　　　　Defendant. | CR 16-2267-TUC-CKJ (DTF)<br><br>**RESPONSE TO DEFENDANT'S MOTION TO DISMISS** |

COMES NOW the United States of America, by and through its undersigned attorneys and respectfully files its response to the defendant's motion to dismiss in the above-captioned case. In support of its motion, the government states as follows:

1. Law enforcement officers with the United States Marshals Service fugitive task force learned of the whereabouts of the defendant, who had multiple active warrants for his arrest, on October 28, 2016, at a hotel in Tucson, Arizona. Nine task force officers assembled at the hotel, and two of them set up a position at the rear window of the defendant's room. Seven task force officers assembled at the front door, and the lead officer knocked, informing the defendant they had a warrant for his arrest. The defendant did not surrender and closed the door. He then proceeded to fire multiple shots at officers

at both the door to his hotel room, as well as a rear window. Eventually, the defendant surrendered to law enforcement agents.

2. A Tucson federal grand jury indicted the defendant on nine counts of assault on a federal officer with a dangerous weapon and nine corresponding counts of using a firearm in furtherance of the commission of a crime of violence, in violation of 18 U.S.C. § 924(c). Each of the nine counts related to each of the nine law enforcement officers at whom the defendant fired shots.

3. The defendant cites to cases relating to false statements and sale of eagle parts in his motion to dismiss, but he cites to no cases standing for his argument here, which apparently is that either (1) the nine assault counts should be dismissed, or (2) the nine 924(c) counts should be dismissed as multiplicitous. Case law applicable to crimes of violence and drug trafficking offenses linked with 924(c) counts, such as the indictment before the Court is clear: If each count requires proof of an element not required by each of the others, there is no multiplicity. *U.S. v. Smith*, 924 F.2d 889 (9th Cir. 1991).

4. To prove the defendant guilty of assault on a federal officer, as charged in counts one through nine, the government would have to prove each of the following elements beyond a reasonable doubt:

    a. The defendant forcibly assaulted the victim;

    b. The defendant did so while the victim was engaged in, or on account of the victim's official duties; and

    c. The defendant used a deadly or dangerous weapon.

5. To prove the defendant guilty of using a firearm in furtherance of the commission of a crime of violence, in violation of 18 U.S.C. § 924(c), as charged in counts 10 through 19, the government would have to prove each of the following elements beyond a reasonable doubt:

    a. The defendant committed the crime of assault on a federal officer with a dangerous weapon, as charged in count ___ of the indictment, which I instruct you is a crime of violence; and

    b. The defendant knowingly used the firearm during and in relation to that crime.

6. As stated above, in counts one through nine, "the victim" will be a different person on the USMS task force at whom the defendant shot. Each of the corresponding counts under 924(c) relate to each separate assault on each separate victim. As charged, each offense in the indictment is a separate offense with different elements and is appropriately charged under long-standing Ninth Circuit case law. *Smith* and *United States v. Fontanilla*, 849 F.2d 1257 (9th Cir. 1988). The Court should deny the defendant's motion to dismiss.

Respectfully submitted this 26th day of September, 2017.

ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona

s/Matthew C. Cassell

MATTHEW C. CASSELL
Assistant U.S. Attorney

Copy of the foregoing served electronically or by other means this 26th day of September, 2017, to:

Dan H. Cooper, Esq.
Attorney for Defendant