**GOVERNMENT'S SUGGESTED VERDICT FORM**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Jack Witt Voris,<br><br>　　　　Defendant. | CR 16-2267TUC-JGZ<br><br>VERDICT |

FILED FEB 1 5 2018 CLERK U S DISTRICT COURT DISTRICT OF ARIZONA

WE THE JURY FIND THE DEFENDANT, JACK WITT VORIS,

### COUNT ONE

__NOT GUILTY__, as charged in Count One of the Indictment charging Assault on a Federal Officer (David Smith).

### COUNT TWO

__GUILTY__, as charged in Count Two of the Indictment charging Assault on a Federal Officer (Tresa Rodriguez).

### COUNT THREE

__GUILTY__, as charged in Count Three of the Indictment charging Assault on a Federal Officer (Danny Hernandez).

### COUNT FOUR

__GUILTY__, as charged in Count Four of the Indictment charging Assault on a Federal Officer (James Small).

## COUNT FIVE

__Not Guilty__, as charged in Count Five of the Indictment charging Assault on a Federal Officer (Richard Zormeier).

## COUNT SIX

__Guilty__, as charged in Count Six of the Indictment charging Assault on a Federal Officer (Steven Garcia).

## COUNT SEVEN

__Guilty__, as charged in Count Seven of the Indictment charging Assault on a Federal Officer (Carlos Aguilar).

## COUNT EIGHT

__Guilty__, as charged in Count Eight of the Indictment charging Assault on a Federal Officer (Ruben Rosales).

## COUNT NINE

__Not Guilty__, as charged in Count Nine of the Indictment charging Assault on a Federal Officer (Jared Cote).

## COUNT TEN

__Guilty__, as charged in Count Ten of the Indictment charging Possession of a Firearm by a Convicted Felon.

## COUNT ELEVEN

__Not Guilty__, as charged in Count Eleven of the Indictment charging Use of a Firearm in Furtherance of a Crime of Violence (David Smith).

## COUNT TWELVE

__Guilty__, as charged in Count Twelve of the Indictment charging Use of a Firearm in Furtherance of a Crime of Violence (Tresa Rodriguez).

## COUNT THIRTEEN

__Guilty__, as charged in Count Thirteen of the Indictment charging Use of a Firearm in Furtherance of a Crime of Violence (Danny Hernandez).

### COUNT FOURTEEN

__GUILTY__, as charged in Count Fourteen of the Indictment charging Use of a Firearm in Furtherance of a Crime of Violence (James Small).

### COUNT FIFTEEN

__NOT GUILTY__, as charged in Count Fifteen of the Indictment charging Use of a Firearm in Furtherance of a Crime of Violence (Richard Zormeier).

### COUNT SIXTEEN

__GUILTY__, as charged in Count Sixteen of the Indictment charging Use of a Firearm in Furtherance of a Crime of Violence (Steven Garcia).

### COUNT SEVENTEEN

__GUILTY__, as charged in Count Seventeen of the Indictment charging Use of a Firearm in Furtherance of a Crime of Violence (Carlos Aguilar).

### COUNT EIGHTEEN

__GUILTY__, as charged in Count Eighteen of the Indictment charging Use of a Firearm in Furtherance of a Crime of Violence (Ruben Rosales).

### COUNT NINETEEN

__NOT GUILTY__, as charged in Count Nineteen of the Indictment charging Use of a Firearm in Furtherance of a Crime of Violence (Jared Cote).

[SIGNATURE REDACTED]

Signature of Foreperson

Date: 2-15-18